NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted November 1, 2006*
Decided February 16, 2007

**Before**

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff-Appellee,* | Appeal from the United States<br>District Court for the Northern<br>District of Illinois, Eastern Division. |
| No. 05-3933                *v.* | No. 05 CR 480 |
| ARMANDO HERNANDEZ-ACEVEDO,<br>    *Defendant-Appellant.* | Suzanne B. Conlon,<br>Judge. |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff-Appellee,* | Appeal from the United States<br>District Court for the Northern<br>District of Illinois, Eastern Division. |
| No. 06-1560                *v.* | No. 04 CR 426 |
| DONALD REDDICK,<br>    *Defendant-Appellant.* | David H. Coar,<br>Judge. |

**O R D E R**

In light of our decision in *United States v. Tejeda*, No. 06-1492 (7th Cir. Feb. 7, 2007), we reinstate the briefs initially filed and rescind our order of January 8, 2007. We affirm the judgments of the district court in both cases.